**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEGAN THOMAS LAW, PLLC,<br><br>                                          Plaintiff,<br><br>v.<br><br>SYRACUSE REGIONAL AIRPORT AUTHORITY,<br>JASON MEHL, in his official capacity as Chief<br>Commercial Officer of the Syracuse Regional Airport<br>Authority, and JASON TERRARI, in his official<br>capacity as Executive Director of the Syracuse Regional<br>Airport Authority,<br><br>                                          Defendants, | **ATTORNEY DECLARATION**<br><br>Civil Action No.: 5:25-cv-1114<br>(AJB/ML) |

LINDSEY H. HAZELTON, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that the following is true and correct:

1.      I am an attorney duly licensed to practice law in the State of New York and before this Court.  I am a partner at Hancock Estabrook, LLP, attorneys for Defendants Syracuse Regional Airport Authority, Jason Mehl and Jason Terreri (collectively "Defendants") in this action.  I submit this declaration and the attached exhibits in support of Defendants' Motion to Dismiss Plaintiff's Complaint.   The basis for inclusion of the same is set forth in Defendants' Memorandum of Law.

2.      Attached hereto as **Exhibit 1** is the August 14, 2025 letter from Jason Terreri to Megan Thomas.  This letter was previously docketed as Exhibit G to the Thomas Declaration (Dkt #8-8).

3.      Attached hereto as **Exhibit 2** is Defendants' "2023 Policy" previously docketed as Exhibit B to the Mehl Declaration (Dkt #20-15).

2

4.      Attached hereto as **Exhibit 3** is Defendants' "2025 Policy" previously docketed as Exhibit C to the Mehl Declaration (Dkt # 20-16).

5.      Attached hereto as **Exhibit 4** is the September 16, 2025 letter from Jason Mehl to Megan Thomas previously docketed as Exhibit E to the Mehl Declaration (Dkt # 20-18).

Respectfully submitted,

Dated: October 2, 2025

Lindsey H. Hazelton (509365)
HANCOCK ESTABROOK, LLP
*Attorney for Defendants*
1800 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Tel: (315) 565-4500

2