# EXHIBIT 4

**SRAA**
Syracuse Regional
Airport Authority

1000 Col. Eileen Collins Blvd.
Syracuse, NY 13212

p – 315.455-3639
f – 315.454.8757
mehlj@syrairport.org

September 16, 2025

***VIA U.S. MAIL AND EMAIL***
Megan Thomas Law, PLLC
Attn: Megan Thomas, Esq.
220 South Warren Street
Syracuse, New York 13202
Email: megant@mkt-law.com

**Re:      SRAA Determination - Proposed Advertising Copy**

Dear Ms. Thomas:

As you may be aware, the Board of Directors of the Syracuse Regional Airport Authority recently adopted a revised Advertising Policy (the "Policy") concerning commercial advertising at the Syracuse Hancock International Airport.  I have attached a copy of the revised Policy for your reference.  The revised Policy is also available on the Authority's website (https://syrairport.org/about-us/policies-and-procedures/), as the prior Policy was.

You previously submitted proposed advertising copy that the Authority rejected for the reasons described in Mr. Terreri's correspondence to you dated August 14, 2025.  We have again reviewed your proposed advertising copy under the revised Policy.  The Authority has determined that it must reject the proposed advertising copy as Prohibited Advertising Content under the Policy because the tag line – "When HR called it Harmless Flirting …We Called it Exhibit A" (the "Tag Line") – reasonably "disparages, demeans, ridicules, is abusive or hostile to, or reflects negatively on the character, integrity, or standing (or could reasonably be interpreted as such) of any individual, group, entity, business/profession, religion, organization, or governmental entity, including advertising that portrays such individuals, entities, or groups as inferior, evil, unlawful, objectionable, or contemptible." In addition and alternatively, the Tag Line "is false, misleading, or deceptive" Prohibited Advertising Content per the Policy as it references/implies the applicability of an incorrect, misleading and/or specious legal standard.

Pursuant to the Authority's Advertising Agreement, all advertisements, including the text, content, and graphics, require the Authority's approval.  As the Authority has repeatedly noted, we have no concern with the advertisement of the services that your Firm provides or any of the advertising copy that you have provided aside from the Tag Line.  We are happy to work with you on revised advertising copy and, indeed, have suggested alternative tag lines. Those tag lines, in our view, would continue to be acceptable under the revised Advertising Policy.



Please advise if you intend to submit revised advertising copy for the Authority's consideration. If we do not hear from you within thirty (30) days of this letter, we will send a further notice terminating the Advertising Agreement and waiving all monthly licensing fees due thereunder.

Respectfully,
*/s/ Jason Mehl*
Chief Commercial Officer

