

Megan Thomas Law, PLLC
220 South Warren Street
Syracuse, NY 13202

United Stated District Judge     October 11, 2025
Anthony J. Brindisi
*Via ECF*

**Re:**   **5:25-cv-01114-AJB-ML**

Dear Judge Brindisi:

    I am requesting an additional week to file Plaintiff's Opposition to the Motion to Dismiss. The original return date is October 16, 2025 and the new deadline would be October 23, 2025. No previous requests for adjournment or extension have been made for this deadline. I connected with Defendant's counsel, Lindsey Hazelton, who indicated she has no objection to the extension. The reason for the extension is that I have a busy week both personally and professionally and would benefit from a few more days to complete this Opposition.

Sincerely,

Megan K. Thomas, Esq.
Megan Thomas Law, PLLC

CC:   Lindsey Hazelton, Esq. (*via ECF*)
       *John McCann*, Esq. (*via ECF*)
       *Steven Osit* , Esq. (*via ECF*)