

**LINDSEY H. HAZELTON**
Direct Dial: (315) 565-4527
lhazelton@hancocklaw.com

February 13, 2026

Hon. Anthony J. Brindisi
U.S. District Judge
James M. Hanley Federal Building & U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

   Re: *Megan Thomas Law, PLLC v. Syracuse Regional Airport Authority, et al.*
     **Civil Action No.: 5:25-cv-01114 (AJB/ML)**

Dear Judge Brindisi:

 Per the Court's directive at Dkt. 37, the parties have engaged in discussions throughout the course of this week about various options for complying with the Preliminary Injunction, as well as attempting to resolve the litigation as a whole. Plaintiff has been provided with a list of available advertising spaces and a tour for her to review the same is scheduled for next Tuesday, February 17, 2026. The Syracuse Regional Airport Authority is prepared to enter into a new six-month contract with Plaintiff once the space has been selected.

 In addition, the parties have exchanged global settlement proposals and are optimistic they may soon reach a final agreement as to the same.

 The parties will make themselves available for a conference should the Court have any interim questions.

       Respectfully submitted,

       HANCOCK ESTABROOK, LLP

       Lindsey H. Hazelton

LHH/

cc: Megan K. Thomas, Esq.