

**LINDSEY H. HAZELTON**
Direct Dial: (315) 565-4527
lhazelton@hancocklaw.com

March 5, 2026

**VIA ECF**
Hon. Anthony J. Brindisi
U.S. District Judge
James M. Hanley Federal Building & U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

   Re: *Megan Thomas Law, PLLC v. Syracuse Regional Airport Authority, et al.*
     Civil Action No.: 5:25-cv-01114 (AJB/ML)

Dear Judge Brindisi:

  Per the Court's directive at Dkt. 40, the parties jointly report that they entered into a Confidential Settlement Agreement on February 26, 2026. Compliance with the terms of this agreement is underway. The parties expect to file a Stipulation of Discontinuance on or before April 1, 2026.

       Respectfully submitted,

       HANCOCK ESTABROOK, LLP

       Lindsey H. Hazelton

LHH/sat

cc: Megan K. Thomas, Esq.