UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN THOMAS LAW, PLLC,<br><br>                                Plaintiff,<br><br>vs.<br><br>SYRACUSE REGIONAL AIRPORT AUTHORITY, JASON MEHL, in his official capacity as Chief Commercial Officer of the Syracuse Regional Airport Authority; JASON TERRARI, in his official capacity as Executive Director of the Syracuse Regional Airport Authority<br><br>                                Defendants, | **Stipulation of Dismissal with Prejudice**<br><br>Civil Action No.:<br><br>5:25-cv-1114 (AJB/ML) |

Plaintiff Megan Thomas Law, PLLC and Defendants Syracuse Regional Airport Authority, Jason Mehl, in his official capacity as Chief Commercial Officer of the Syracuse Regional Airport Authority and Jason Terrari, in his official capacity as Executive Director of the Syracuse Regional Airport Authority, hereby stipulate to the dismissal of his action, with prejudice, without attorneys' fees or cost to any party. The parties also stipulate that no party to this action is an infant or an incompetent person.

Dated: 3/9/26

Dated: March 9, 2026

Megan K. Thomas, Esq.
*Attorney for Plaintiff*
220 South Warren Street
Syracuse, New York 13202

Lindsey Helmer Hazelton, Esq.
*Attorney for Defendants*
Hancock Estabrook, LLP
1800 AXA Tower I
100 Madison Street
Syracuse, New York 13202